

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2014

No. 04-13-00278-CV

**PEACOCK HOSPITALITY, INC.** d/b/a Holiday Inn Express-Burnet,
Appellant

v.

Bipin **PATEL**, Mahadev, LLC, and
Federal Deposit Insurance Corporation as receiver for First National Bank, N.A.
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-04054
Honorable Janet P. Littlejohn, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the motion to dismiss filed by the Federal Deposit Insurance Corporation as receiver for First National Bank, N.A. is GRANTED, and the appeal as to appellee Federal Deposit Insurance Corporation as receiver for First National Bank, N.A. is DISMISSED FOR LACK OF JURISDICTION. The appeal against appellees Bipin Patel and Mahadev, LLC is REINSTATED on the docket of this court. Because both appellant and appellees Bipin Patel and Mahadev, LLC have filed briefs, the clerk of this court is DIRECTED to set the appeal for submission.

It is so **ORDERED** on December 23, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2014.

_____
Keith E. Hottle, Clerk